UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PATRICIA C. DUCY,

    Plaintiff,

vs.   Case No. 3:06-cv-1062-J-HTS

MICHAEL J. ASTRUE,
Commissioner of
Social Security,[1]

    Defendant.

### O R D E R

This cause is before the Court sua sponte. On February 18, 2007, the Court entered a Scheduling Order (Doc. #9) directing Plaintiff to "file a memorandum of law in support of the Complaint within sixty (60) days[.]" As of this date, Plaintiff has not filed the requested memorandum. Therefore, she shall do so within ten (10) days from the date of this Order.

**DONE AND ORDERED** at Jacksonville, Florida, this 8th day of June, 2007.

                          /s/      Howard T. Snyder
                          HOWARD T. SNYDER
                          UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of record
    and pro se parties, if any

---

[1] Pursuant to Rule 25, Federal Rules of Civil Procedure, Michael J. Astrue, Commissioner of Social Security, is substituted as Defendant herein.